

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00386-CV

## IN THE INTEREST OF M.B., A CHILD

**From the 378th District Court
Ellis County, Texas
Trial Court No. 89422D**

## ORDER

On June 7, 2017 we referred this appeal to mediation and assigned R.B. Pool as the mediator. Appellant filed an Agreed Motion to Appoint Substitute Mediator, asserting that appellant's counsel has a conflict with R.B. Pool. The parties have agreed to mediate with John P. Palmer.

Appellant's motion is granted in part. All provisions of the prior mediation order issued on June 7, 2017 remain in effect as if the agreed mediator, John P. Palmer, was assigned by the Court on the date of this order.

PER CURIAM



Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed June 21, 2017